# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00220-CR

Dustin Eric Rubio,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
413th District Court of Johnson County, Texas
Judge Don Chrestman, presiding
Trial Court Cause No. DC-F202400566

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Dustin Eric Rubio pled guilty to and was convicted of one count of continuous sexual abuse of a child, four counts of sexual assault of a child—prohibited sexual conduct, one count of aggravated sexual assault, one count of tampering with a witness, three counts of prohibited sexual conduct—stepchild, and one count of tampering with or fabricating physical evidence with the intent to impair. After a bench trial on punishment, the trial court

sentenced Rubio to 99 years in counts one through six, to run consecutively, 99 years in count seven, to run concurrently, and 10 years in counts eight through eleven, to run concurrently. We affirm the trial court's judgment.

Rubio's appointed counsel filed a motion to withdraw and an *Anders* brief in support of the motion asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Counsel's brief evidences a professional evaluation of the record for error and compliance with the other duties of appointed counsel. We conclude that counsel has performed the duties required of appointed counsel. *See Anders*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978); *see also Kelly v. State*, 436 S.W.3d 313, 319-320 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008).

In reviewing an *Anders* appeal, we must, "after a full examination of all the proceedings, ... decide whether the case is wholly frivolous." *Anders*, 386 U.S. at 744; *see Penson v. Ohio*, 488 U.S. 75, 80, 109 S. Ct. 346, 102 L. Ed. 2d 300 (1988); *accord Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 439 n. 10, 108 S. Ct. 1895, 100 L. Ed. 2d 440 (1988). After a review of the entire record in this

appeal, we have determined the appeal to be wholly frivolous. *See Bledsoe v. State,* 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Accordingly, we affirm the trial court's judgment.

Counsel's motion to withdraw from representation of Rubio is granted.

_____
LEE HARRIS
Justice

OPINION DELIVERED and FILED: April 9, 2026

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Affirmed
Motion granted
Do Not Publish
CRPM

